# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No: 17-07767 |
| Tamila Smith | ) | |
| Debtor | ) | Chapter: Chapter 13 |
| | ) | |
| | ) | Judge: Timothy A. Barnes |

## NOTICE OF MOTION

**To:** Tamila Smith, 14036 S. Tracy Ave. #3E, Riverdale, IL, 60827

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **June 13, 2019 at 9:30 a.m.** I shall appear before the Honorable Judge **Timothy A. Barnes** at 219 S. Dearborn, Courtroom 744, Chicago IL 60604 and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached hereto.

**By:** _/s/ Dale Riley_
Dale Riley

## CERTIFICATE OF SERVICE

I, Dale Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 5/23/2019.

**By:** _/s/Dale Riley_
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800  (Fax): 877.247.1960

Advocate Medical Group
Bankruptcy Department
75 Remittance Dr., Ste. 1019
Chicago IL 60675

ICS/Illinois Collection Serv.
Bankruptcy Dept.
8231 W. 185th Street
Tinley Park IL 60487

Bridgecrest Credit
Attn: Bankruptcy Dept.
7300 E Hampton Ave
Mesa AZ 85209

Chrysler Capital
Attn: Bankruptcy Dept.
Po Box 961275
Fort Worth TX 76161

City of Chicago Bureau Parking
Bankruptcy Dept/City Clerk
121 N. LaSalle St
Room 107
Chicago IL 60602

Secretary of State
Bankruptcy Dept.
2701 S. Dirksen Pkwy.
Springfield IL 62723

Arnold Scott Harris PC
Bankruptcy Dept.
111 W Jackson Blvd Ste 600
Chicago IL 60604

Comcast Cable
Bankruptcy Department
1701 John F. Kennedy Blvd
Philadelphia PA 19103

CBE Group
Bankruptcy Dept.
131 Tower Park Dr., Ste. 900 PO Box 900
Waterloo IA 50704

Frontier Communication
Attn: Bankruptcy Dept.
19 John St
Middletown NY 10940

IDES
Bankruptcy Department
33 S. State Street
8th Floor
Chicago IL 60603

Illinois Collection SE
Attn: Bankruptcy Dept.
8231 185Th St Ste 100
Tinley Park IL 60487

IRS Priority Debt
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

ISAC
Bankruptcy Department
PO Box 235
Deerfield IL 60015

Secretary of State
Attn: Safety & Financial Resp
2701 S. Dirksen Pkwy.
Springfield IL 62723

Surgical Care Associates

6703 W 159th St
Suite 110
Tinley Park IL 60477

THE Woodland Group
C/O National Credit System
3750 Naturally Fresh Blv
Atlanta GA 30349

Village of Calumet Park
Bankruptcy Department
12409 S. Throop
Calumet Park IL 60827

Village of Riverdale
Attn: Bankrutpcy Dept.
157 W 144th St
Riverdale IL 60827

Municipal Collection Serv. Inc
Bankruptcy Dept.
PO Box 327
Palos Heights IL 60463

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 17-07767 |
| --- | --- | --- | --- |
| Tamila Smith | ) | | |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Timothy A. Barnes |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COMES the Debtor, Ms. Tamila Smith (the "Debtor"), by and through her attorneys, Geraci Law L.L.C., to present her **MOTION TO MODIFY CONFIRMED PLAN,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed her Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 03/13/2017.

3. The Debtor's plan was confirmed by the Court on 09/07/2017 with monthly plan payments of $250 and a 10% dividend to unsecured claims.

4. The Debtor's budget will now support increased monthly plan payments of $380.

5. For the reasons stated above, it is necessary for the successful completion of the Debtor's plan to increase the monthly plan payment to $380 and to increase the dividend to unsecured claims to 30%.

WHEREFORE THE DEBTOR, Ms. Tamila Smith, respectfully requests this Honorable Court enter an order:

1. Increasing the monthly Chapter 13 plan payment to $380,

2. Increasing the dividend to unsecured claims to 30%,

3. Any other relief the court deems proper.


**By:**  */s/ Dale Riley*
Dale Riley


**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960