## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** ) | Case No: | 17-07767 |
| **Tamila Smith** ) | | |
|     **Debtor,** ) | Chapter: | Chapter 13 |
| ) | | |
| ) | Judge: | Timothy A. Barnes |

### NOTICE OF MOTION

**To:**   Tamila Smith, 14036 S. Tracy Ave. #3E, Riverdale, IL, 60827

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

Office of the US Trustee, Dirksen Federal Court House, 219 South Dearborn Street, Room 873, Chicago, IL  60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **May 30, 2019 at 9:30 a.m.**, I shall appear before the Honorable Judge Timothy A. Barnes in 219 S. Dearborn, Courtroom 744, Chicago, IL, 60604 and then and there present the attached **MOTION TO OBTAIN POSTPETITION CREDIT AND SHORTEN NOTICE**, a copy of which is attached hereto.

**By:**   /s/Dale Riley
Dale Riley

### CERTIFICATE OF SERVICE

I, Dale Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 55 E. Monroe, Chicago, Illinois, before the hour of 5:30 p.m., on May 23, 2019.

/s/ Dale Riley
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800   (Fax):   877.247.1960

Advocate Medical Group
Bankruptcy Department
75 Remittance Dr., Ste. 1019
Chicago IL 60675

ICS/Illinois Collection Serv.
Bankruptcy Dept.
8231 W. 185th Street
Tinley Park IL 60487

Bridgecrest Credit
Attn: Bankruptcy Dept.
7300 E Hampton Ave
Mesa AZ 85209

Chrysler Capital
Attn: Bankruptcy Dept.
Po Box 961275
Fort Worth TX 76161

City of Chicago Bureau Parking
Bankruptcy Dept/City Clerk
121 N. LaSalle St
Room 107
Chicago IL 60602

Secretary of State
Bankruptcy Dept.
2701 S. Dirksen Pkwy.
Springfield IL 62723

Arnold Scott Harris PC
Bankruptcy Dept.
111 W Jackson Blvd Ste 600
Chicago IL 60604

Comcast Cable
Bankruptcy Department
1701 John F. Kennedy Blvd
Philadelphia PA 19103

CBE Group
Bankruptcy Dept.
131 Tower Park Dr., Ste. 900 PO
Box 900
Waterloo IA 50704

Frontier Communication
Attn: Bankruptcy Dept.
19 John St
Middletown NY 10940

IDES
Bankruptcy Department
33 S. State Street
8th Floor
Chicago IL 60603

Illinois Collection SE
Attn: Bankruptcy Dept.
8231 185Th St Ste 100
Tinley Park IL 60487

IRS Priority Debt
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

ISAC
Bankruptcy Department
PO Box 235
Deerfield IL 60015

Secretary of State
Attn: Safety & Financial Resp
2701 S. Dirksen Pkwy.
Springfield IL 62723

Surgical Care Associates

6703 W 159th St
Suite 110
Tinley Park IL 60477

THE Woodland Group
C/O National Credit System
3750 Naturally Fresh Blv
Atlanta GA 30349

Village of Calumet Park
Bankruptcy Department
12409 S. Throop
Calumet Park IL 60827

Village of Riverdale
Attn: Bankrutpcy Dept.
157 W 144th St
Riverdale IL 60827

Municipal Collection Serv. Inc
Bankruptcy Dept.
PO Box 327
Palos Heights IL 60463

**IN THE UNITED STATES OF BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 17-07767 |
| Tamila Smith | ) | | |
| Debtor, | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Timothy A. Barnes |

**MOTION TO OBTAIN POSTPETITION CREDIT AND SHORTEN NOTICE**

NOW COME the Debtor, Ms. Tamila Smith (the "Debtor"), by and through her attorneys, Geraci Law LLC, to present her **MOTION TO OBTAIN POSTPETITION CREDIT AND SHORTEN NOTICE,** and states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b).

2. The Debtor filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization on 03/13/2017.

3. The Debtor now seeks to purchase a used vehicle.

4. The Debtor's 2015 Volkswagen Jetta is no longer operable. A replacement of the vehicle is necessary for the Debtor to commute to and from work.

5. The Debtor wishes to purchase a 2018 Hyundai Sonata at 72 payments of $629.00 with an annual percentage rate of 20.49% for a total financed amount of $25,951.46. See Exhibit A for a copy of the proposed contract.

6. The Debtors' budget reflects that they can afford to make the payments on the proposed car loan as well as an increased monthly plan payment of $380. See Exhibit B for an amended budget.

7. A motion to modify plan is pending to increase the monthly plan payment and dividend to reflect the Debtor's new budget.

8. The Debtor requests that this motion is heard on shortened notice as she is at risk of losing her job if she is not able to obtain reliable transportation to work.

WHEREFORE, the Debtor, Ms. Tamila Smith, prays that this Court enter an order permitting her to obtain post-petition credit, shortening notice to 7 days, and for such further additional relief that this Court may deem just and proper.

　　　　　　　　　　　　　　　　　　　　　/s/ Dale Riley
　　　　　　　　　　　　　　　　　　　　　Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):  312.332.1800  (Fax):  877.247.1960